## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BELLE DE SANTIAGO, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE MEDIBASE GROUP, INC.,<br><br>　　　　Defendant. | Case No.: 1:24-cv-03097-SDG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST MEDIBASE GROUP, INC.

COMES NOW, BELLE DE SANTIAGO, by and through her undersigned counsel of record, hereby voluntarily dismisses her individual action against The Medibase Group, Inc., without prejudice pursuant to Rule 41(a)(1)(A)(i).  As of this date, no class has been certified.  Defendant, The Medibase Group, Inc., has not yet served an answer or a motion for summary judgment. Further, no motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Each side to bear its own costs and fees.

Dated: October 24, 2024.                    Respectfully submitted,


                                        By: */s/ MaryBeth V. Gibson*
                                        MaryBeth V. Gibson
                                        GA Bar No. 725843
                                        **Gibson Consumer Law Group, LLC**
                                        4279 Roswell Road
                                        Suite 208-108
                                        Atlanta, GA  30342
                                        Telephone: (678) 642-2503
                                        marybeth@gibsonconsumerlawgroup.com


                                        Mariya Weekes (*Pro Hac Vice*)
                                        **MILBERG COLEMAN BRYSON**
                                        **PHILLIPS GROSSMAN, PLLC**
                                        201 Sevilla Avenue, 2nd Floor
                                        Coral Gables, FL  33134
                                        Tel:  (786) 879-8200
                                        Fax: (786) 879-7520
                                        mweekes@milberg.com

                                        *Counsel for Plaintiff and the Proposed Class*


## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: October 24, 2024.

                                                          */s/ MaryBeth V. Gibson*
                                                          MaryBeth V. Gibson

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2024, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST THE MEDIBASE GROUP, INC.** with the Clerk of Court using the CM/ECF System which generates an email notice of the filing to those parties registered to receive electronic notices in this case.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson